THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON ALLEN, Appellant.

Submitted October 29, 2007; decided November 15, 2007

Reported below, 42 AD3d 331.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place,

Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.